UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-1126-SPG (AS) | Date | May 2, 2023 |
|---|---|---|---|
| Title | Craig Kevin Taliaferro v. Warden Engleman | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS)** ORDER REQUIRING PETITIONER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED AS MOOT

On February 13, 2023, Craig Kevin Taliaferro ("Petitioner"), a federal prisoner proceeding *pro se*, filed an Expedited Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition") and a Motion to Expedite Petition for Writ of Habeas Corpus ("Motion to Expedite"). (Dkt. Nos. 1-2). The Petition states that on April 27, 2021, in United States District Court for the Southern District of California case no. 3:18-CR-4628, Petitioner was sentenced to three years in federal prison to be followed by three years of supervised release. (Petition at 1-2). Petitioner alleges he is currently detained at the Federal Correctional Institution at Terminal Island, California, and his current release date is September 5, 2023. (Id.). However, Petitioner asserts that the Federal Bureau of Prisons ("BOP") has not given him credit for the time he served in jail between February 2021 and April 27, 2021, or for credits he is entitled to under the First Step Act of 2018 ("FSA"). (Petition at 2). Petitioner maintains that if he received FSA credits, his release date would be December 26, 2022, and if he also received jail credits, his release date would be October 2, 2022. (Id.). Since his release date with properly-applied credits has passed, Petitioner seeks "a writ of habeas corpus for his immediate release from custody, to [his] term of . . . supervised release effective immediately." (Id. at 3).

The BOP's Inmate Locator website indicates that Petitioner was released from federal custody on March 27, 2023. (See https://www.bop.gov/inmateloc). Thus, it appears that Petitioner has received the only relief he sought in the pending Petition.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE within twenty-one (21)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-1126-SPG (AS) | Date | May 2, 2023 |
|---|---|---|---|
| Title | Craig Kevin Taliaferro v. Warden Engleman | | |

days of the date of this Order (by no later than **May 23, 2023**), why this action should not be dismissed as moot. Petitioner may submit declarations, affidavits, or any other relevant evidence with his response to this Order to Show Cause. All affidavits and declarations must be signed under penalty of perjury by persons having personal knowledge of the facts stated in the affidavits or declarations.

If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a). A Notice of Dismissal form is attached for Petitioner's convenience.

Petitioner is cautioned that the failure to timely file a response to this Order to Show Cause and/or to show good cause may result in a recommendation that this action be dismissed as moot, for failure to comply with the Court's order, and/or for failure to prosecute.

|  | 0 | : | 0 |
|---|---|---|---|
|  | Initials of Preparer | | AF |