JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG KEVIN TALIAFERRO, | Case No. 2:23-cv-01126-SPG-SSC |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN ENGLEMAN, FCI Terminal Island, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice and the motion to expedite is denied as moot.

Dated: September 18, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE